## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 18-10743-NMG**

**ROLANDO KEITH PAM,**
                              **Plaintiff.**

**v.**

**WILLIAM B. EVANS, COMMISSIONER**
**BOSTON POLICE DEPARTMENT,**
**SGT. MORGAN, DET. COYNES, LT.**
**DET. CULLITY,**
                              **Defendants.**

## DEFENDANT WILLIAM B. EVANS' MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

Now comes Defendant William B. Evans ("Commissioner Evans") and hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all claims brought against him in the Complaint by Plaintiff, Rolando Keith Pam.  As grounds, Commissioner Evans states that Plaintiff's claim is time-barred, and further that the Complaint fails to allege a plausible claim against Commissioner Evans pursuant to 42 U.S.C. § 1983 for false arrest in violation of Plaintiff's Fourth-Amendment rights under the U.S. Constitution.[1]  Further grounds in support of Commissioner Evans's motion to dismiss are set forth in the accompanying memorandum of law.

---

[1] As further provided in the accompanying memorandum of law, Plaintiff does not identify any specific legal basis for his claim, but taken as a whole the Complaint appears to bring a claim under Section 1983 for false arrest.

*Motion allowed; defendant Evans is dismissed from the case.   S/NMGorton, USDJ 12/14/18*